UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISABELLE M. BELSHER, an individual, | Case No. 3:17-cv-00589-LRH-(WGC) |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER**<br>(FIRST REQUEST) |
| JANET L. PESCIO, an individual, PERFORMANCE ATHLETIC CLUB LLC, a Nevada limited liability corporation, JPIB LLP, a Nevada limited liability partnership, AVENUE GIFTS LLC, a Nevada limited liability company, | |
| Defendants. | |

Defendants filed a Motion to Dismiss on November 15, 2017 (ECF No. 8), with responses due November 29, 2017. Pursuant to Fed. R. Civ. P. 6(b), the parties stipulate and agree good cause exists to enlarge the time for response in that we have intervening holidays and the Motion will require additional legal research. The parties agree to a new due date for responses as December 29, 2017.

/ / / /

/ / / /

Dated November 20, 2017

_____
JULIE CAVANAUGH-BILL
ATTORNEY FOR PLAINTIFF

_____
TRAVIS W. GERBER
ATTORNEY FOR DEFENDANTS

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISRICT JUDGE