UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ISABELLE M. BELSHER,

    Plaintiff,

v.

JANET L. PESCIO; PERFORMANCE ATHLETIC CLUB LLC; JPIB LLC; and AVENUE GIFTS, LLC,

    Defendants.

Case No. 3:17-cv-0589-LRH-(WGC)

ORDER

      Before the court is defendants Janet L. Pescio; Performance Athletic Club LLC; JPIB LLC; and Avenue Gifts, LLC's (collectively "defendants") motion to dismiss plaintiff Isabelle M. Belsher's complaint (ECF No. 1). ECF No. 8.

      However, after the filing of defendants' motion, plaintiff Belsher filed an amended complaint. ECF No. 11. The filing of the amended complaint supersedes the original complaint in its entirety.[1] Accordingly, defendants' motion to dismiss the complaint is now moot and the court shall deny defendants' motion.

///

///

///

---

[1] The court notes and recognizes that defendants have already filed a motion to dismiss the amended complaint. *See* ECF No. 12. That motion shall be addressed in a separate order.

1     IT IS THEREFORE ORDERED that defendants' motion to dismiss (ECF No. 8) is

2 DENIED.

3     IT IS SO ORDERED.

4     DATED this 10th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE