1

2

3

4

5

6

7

8

9

10

11

12

## UNITED STATES DISTRICT COURT

13

## DISTRICT OF NEVADA

14

15

ISABELLE M. BELSHER,
an individual,

Case No.    3:17-CV-589-LRH-WGC

16

Plaintiff,

17

vs.

**STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)**

18

JANET L. PESCIO,
an individual, PERFORMANCE ATHLETIC

19

CLUB LLC, a Nevada limited liability
corporation, JPIB LLC, a Nevada limited

20

liability partnership, AVENUE GIFTS LLC, a
Nevada limited liability company,

21

Defendants.

22

_____/

23

Plaintiff/Counter-Defendant, ISABELLE M. BELSHER, an individual, by and through

24

undersigned counsel of record, JULIE CAVANAUGH-BILL, ESQ., of CAVANAUGH-BILL LAW

25

OFFICES, LLC, and Defendants/Counter-Claimants, PERFORMANCE ATHLETIC CLUB LLC,

26

a Nevada limited liability company, and JPIB, LLC, a Nevada limited liability company, by and

27

through undersigned counsel of record, TRAVIS W. GERBER, ESQ., and ZACHARY A. GERBER,

28

ESQ., of GERBER LAW OFFICES, LLP, hereby stipulate to dismiss the above action with prejudice with each party bearing their own costs and attorney's fees.

DATED this ___14___ day of November, 2018.

CAVANAUGH-BILL LAW OFFICES, LLC

By: _____
JULIE CAVANAUGH-BILL, ESQ.
Nevada State Bar No. 11533
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
(775) 753-4357
ATTORNEYS FOR PLAINTIFF

DATED this ___14___ day of November, 2018.

GERBER LAW OFFICES, LLP

By: _____
TRAVIS W. GERBER, ESQ.
Nevada State Bar No. 8083
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
491 4th Street
Elko, Nevada 89801
(775) 738-9258
ATTORNEYS FOR DEFENDANTS

ORDER

IT IS SO ORDERED. THIS MATTER IS DISMISSED WITH PREJUDICE PURSUANT TO FRCP 41(a)(1).

DATED this 16th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-